FILED
8/25/2016 2:56:49 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Consuelo Gomez

ACCEPTED
04-16-00529-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/31/2016 1:40:52 PM
KEITH HOTTLE
CLERK

# 04-16-00529-CV

## CAUSE NO. 2013-CI-13132

| | | |
|---|---|---|
| **WIESLAWA TWOREK** | § | **IN THE DISTRICT COURT** |
| | § | 4th COURT OF APPEALS |
| | § | SAN ANTONIO, TEXAS |
| **VS.** | § | **OF BEXAR COUNTY TEXAS** |
| | § | KEITH E. HOTTLE |
| **CHARLES BORKERT, PENELOPE** | § | Clerk |
| **STURM-BORKERT, AND ALAMO** | § | |
| **TURF FARMS, INC.** | § | **57TH JUDICIAL DISTRICT** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/31/2016 1:40:52 PM
KEITH E. HOTTLE
Clerk

### DEFENDANTS' AMENDED NOTICE OF APPEAL

Defendants CHARLES BORKERT, PENELOPE STURM-BORKERT and ALAMO TURF FARMS, INC. desire to appeal from the Final judgment signed by the Honorable Judge Antonia Arteaga in the above-referenced cause on July 6, 2016. This appeal is taken to the Fourth Court of Appeals at San Antonio, Texas. This is neither an accelerated appeal, nor is it a parental termination or child protection case, as defined in Texas Rule of Appellate Procedure 28.4.

Respectfully submitted,

/s/ Brandy Wingate Voss
Brandy Wingate Voss
State Bar No. 24037046
Law Offices of Brandy Wingate Voss, PLLC
820 E. Hackberry Ave.
McAllen, TX 78501
(956) 688-9033
(956) 331-2230
brandy@brandyvosslaw.com

*Appellate Counsel for Charles Borkert, Penelope Sturm-Borkert, and Alamo Turf Farms, Inc.*

1

**CERTIFICATE OF SERVICE**

By my signature above, I certify that on the 25th day of August 2016, a true and correct copy of the foregoing document was served on the following parties by electronic mail and/or facsimile as follows:

Richard Corrigan
1920 Nacogdoches Road, Suite 100
San Antonio, Texas 78209
Fax: (210) 824-3009
e-mail: rpclaw@sbcglobal.net
*Counsel for Wieslawa Tworek*

/s/ Brandy Wingate Voss
Brandy Wingate Voss
